RAMZY PAUL LADAH
Nevada Bar No. 11405
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
*Attorneys for Plaintiff Leticia Chavez-Villarreal*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LETICIA CHAVEZ-VILLARREAL, an individual,<br><br>            Plaintiff,<br>v.<br><br>WALMART INC, SAM'S WEST, INC, dba SAM'S CLUB #4974; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>            Defendants. | CASE NO. Case No.: 2:19-cv-01339-RFB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 16)** |

The above-named parties, by and through their respective, undersigned counsel of record, hereby stipulate to a one-week extension of time for Plaintiff Leticia Chavez-Villareal ("Plaintiff") to respond to Defendants Walmart Inc.'s and Sam's West, Inc. dba Sam's Club's ("Defendants") Motion for Summary Judgment. (ECF No. 16).

<u>REASON FOR REQUESTED EXTENSION</u>

Defendants' Motion for Summary Judgment is presently on file with the Court. (ECF No. 16). Plaintiff currently has a July 27, 2020 deadline to file a response thereto. However, due to staffing shortages and operational delays brought on by the Coronavirus pandemic – including multiple positive cases within Plaintiff's counsel's office – Plaintiff has requested, and defense counsel has graciously agreed to accommodate, a one-week extension of time for Plaintiff to file her response. Accordingly, the parties hereby stipulate and agree to extend deadline for Plaintiff to



respond to Defendants' Motion for Summary Judgment from Monday, July 27, 2020 to Monday, August 3, 2020.

    The parties respectfully submit that the aforesaid circumstances constitute good cause for the relief herein requested. The parties submit this stipulation in good faith, and not for reasons of delay or any other untoward purpose.

DATED this 22nd day of July, 2020.               DATED this 22nd day of July, 2020.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**            **LADAH LAW FIRM**

/s/ Megan E. Wessel                              /s/ Ramzy Paul Ladah

_____                  _____
MEGAN E. WESSEL                                  RAMZY PAUL LADAH
Nevada Bar No. 14131                             Nevada Bar No. 11405
504 South Ninth Street                           517 South Third Street
Las Vegas, Nevada 89101                          Las Vegas, NV 89101
*Attorneys for Defendants Walmart Inc.*          *Attorneys for Plaintiff*
*and Sam's West, Inc. dba Sam's Club*            *Leticia Chavez-Villarreal*

## **O R D E R**

    IT IS SO ORDERED, this __22nd__ day of July, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE