ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendants*
*Walmart Inc. & Sam's West, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA CHAVEZ-VILLARREAL, an individual,<br><br>Plaintiff,<br>v.<br>WALMART INC, SAM'S WEST, INC, dba SAM'S CLUB #4974; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01339-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

///

///

///

///

///

///

///

- 1 -

party's own costs and attorney's fees.

DATED this ⁱ⁹ day of September Oct 2021.

**LADAH LAW FIRM**

*/s/ Ramzy Ladah*

RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
LADAH LAW FIRM
517 South Third Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*
*Leticia Chavez-Villarreal*

DATED this 29 day of September October 2021.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ Robert Phillips*

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth St.
Las Vegas, NV 89101

*Attorneys for Defendants*
*Walmart Inc. & Sam's West, Inc.*

*Leticia Chavez-Villarreal v. Walmart Inc. & Sam's West, Inc.*
Case No. **2:19-cv-01339-RFB-VCF**

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 1st day of November, 2021.

_____
RICHARD E. BOULWARE, II
**United States District Court**